UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **HERBERT REX HASENBANK JR.,** ) </br> ) </br> **Plaintiff** ) </br> ) </br> v. ) </br> ) </br> **MAINE GENERAL** ) </br> **HOSPITAL et al.,** ) </br> ) </br> **Defendants** ) | No. 2:23-cv-00029-LEW |

### RECOMMENDED DISMISSAL

Pro se Plaintiff Herbert Rex Hasenbank Jr. initiated this suit on January 13, 2023, but did not pay this Court's filing fee or file a motion to proceed *in forma pauperis* (IFP). *See* ECF No. 1. On January 18, 2023, I entered an order directing Hasenbank to either pay the filing fee or file an IFP application by February 1, 2023, and warning him that if he failed to do so his case would be subject to dismissal. *See* ECF No. 2. The Clerk's Office mailed a copy of my order to Hasenbank, but he did not pay the filling fee or file an IFP application by the deadline; nor has he done so since then.

Hasenbank's failure to pay the filing fee or file an IFP application warrants the dismissal of his action without prejudice. *See, e.g.*, *Oliver v. Versant Power*, No. 1:21-cv-00225-JAW, 2021 WL 4942861, at *1-2 (D. Me. Oct. 21, 2021) (rec. dec.), (dismissing a plaintiff's case without prejudice where the plaintiff did not pay the filing fee or file an IFP application), *aff'd*, 2021 WL 5371550 (D. Me. Nov. 17, 2021); *Lazore v. Harrigan*, No. 1:21-cv-00239-GZS, 2021 WL 4761985, at *1-2 (D. Me.

Oct. 11, 2021) (rec. dec.) (same), *aff'd*, 2021 WL 5182663 (D. Me. Nov. 8, 2021).

Accordingly, I recommend that this case be **DISMISSED** without prejudice

## *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the District Court and to appeal the District Court's order.*

Dated: February 10, 2023

/s/ Karen Frink Wolf
United States Magistrate Judge