UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HERBERT REX HASENBANK JR., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MAINE GENERAL )<br>HOSPITAL et al., )<br>)<br>Defendants ) | No. 2:23-cv-00029-LEW |

## AMENDED RECOMMENDED DISMISSAL

I previously recommended that the Court dismiss this action without prejudice because pro se Plaintiff Herbert Rex Hasenbank Jr. failed to pay the filing fee or file an application to proceed *in forma pauperis* (IFP) by the February 1, 2023, deadline I set for him. *See* ECF Nos. 2-3. After I made that recommendation, the Clerk's Office received correspondence from Hasenbank (that he mistakenly sent to state court) detailing his struggles with sending and receiving mail while incarcerated and requesting that he be sent another IFP application. *See* ECF Nos. 4-5. In light of Hasenbank's representations, I will amend my recommendation to give him another opportunity to pay the filing fee or file an IFP application. Accordingly, I recommend that the Court **DISMISS** Hasenbank's complaint without prejudice **unless he pays the filing fee or files an IFP application by March 16, 2023**.[1]

---

[1] If the Court receives an IFP application from Hasenbank and permits him to proceed IFP, his complaint will be subject to further review under 28 U.S.C. § 1915(e)(2)(B).

1

The Clerk's Office is requested to mail Hasenbank another IFP application together with this order. For Hasenbank's benefit, the IFP application is a two-page form bearing the title "APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS" and asking for various financial details. Hasenbank is directed to fully and completely fill out the IFP application and mail it back by March 16, 2023, to this Court's Bangor location at the following address:

> U.S. District Court, District of Maine
> Margaret Chase Smith Federal Building & Courthouse
> 202 Harlow Street
> Bangor, ME 04401

### *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the District Court and to appeal the District Court's order.*

Dated: March 2, 2023

/s/ Karen Frink Wolf
United States Magistrate Judge